IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

06-925 L

FILED
DEC 2 9 2006
U.S. COURT OF FEDERAL CLAIMS

**THE SIOUX NATION OF INDIANS (a/k/a "THE OCETI SAKOWIN OYATE"), for and on behalf of itself and as *parens patriae* for its members and THE OGALA SIOUX TRIBE, THE CHEYENNE RIVER SIOUX TRIBE, THE STANDING ROCK SIOUX TRIBE and THE ROSEBUD SIOUX TRIBE for and on behalf of themselves, individually, and as *parens patriae* for their members,**

Plaintiffs,

vs.

**THE UNITED STATES OF AMERICA;**

Defendant.

NOTICE OF DIRECTLY-RELATED CASE
PURSUANT TO RCFC 40.2

I certify that the matter in controversy is not the subject of any other known action pending in any court, or of any pending arbitration, or administrative proceeding, with the exception of the action captioned, Cobell v. Norton, No. 96-1285, which is currently pending in the United States District Court for the District of Columbia.

Francis Kirk
Francis A. Kirk