**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

---------------------------------------------------------X

THE SIOUX NATION OF INDIANS
(a/k/a "THE OCETI SAKOWIN OYATE"),
for and on behalf of itself and as *parens patriae* for
its members and THE OGALA SIOUX TRIBE,
THE CHEYENNE RIVER SIOUX TRIBE,
THE STANDING ROCK SIOUX TRIBE and
THE ROSEBUD SIOUX TRIBE for and on behalf of
themselves, individually, and as *parens patriae* for
their members,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA;

Defendant.

---------------------------------------------------------X

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE**, that, pursuant to R.C.F.C. 41(a), the above captioned action shall be, and hereby is, voluntarily dismissed by Plaintiffs.

**MCCARTER & ENGLISH, LLP**

By: Francis A. Kirk
Francis A. Kirk, Esq.
A Member of the firm

Attorneys for Plaintiffs
245 Park Avenue
New York, NY 10167
Tel.:212.609.6800
Fax:212.609.6921